OPINION — AG — ** APPROPRIATIONS — GENERAL REVENUE FUND ** MONIES FROM THE GENERAL REVENUE FUND OF THE STATE OF OKLAHOMA CANNOT BE APPROPRIATED BY THE LEGISLATURE TO A CITY FOR THE SPECIFIC PURPOSE OF INSTALLING AN IMPROVED BRIDGE ON A CITY STREET PASSING OVER A DRAINAGE CANAL, AS SUCH AN APPROPRIATION WOULD BE A LOCAL OR SPECIAL LAW VIOLATIVE OF ARTICLE V, SECTION 46 OKLAHOMA CONSTITUTION. CITE: ARTICLE V, SECTION 46 (JAMES BARNETT)